

**SPARACINO & SPARACINO PLLC**
11 Bayview Avenue
Northport, New York 11768

Telephone:631.651.8783
Facsimile:631.240.4802

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/14

<u>VIA FACSIMILE(212-805-7924)</u>

May 2, 2014

Hon. Sidney H. Stein, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re:   Government Employees Insurance Company a/s/o Martins v. United States
      14 CV 2711 (SHS)

Dear Judge Stein:

I represent Plaintiff in the above-referenced action and write to acknowledge the need to reassign this matter to a United States District Court Judge in White Plains according to Rule 18(a)(i) of the Southern District of New York's Rules for the Division of Business Among District Judges.

I apologize for any inconvenience this misdirected submission may have caused and openly accept the reassignment without contest.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

/s/ Frank J. Sparacino, Jr., Esq.
Frank J. Sparacino, Jr., Esq.

SO ORDERED 5/7/14

SIDNEY H. STEIN
U.S.D.J.